# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CREIGHTON SAINT JOSEPH REGIONAL HEALTHCARE, LLC d/b/a SAINT JOSEPH HOSPITAL – CREIGHTON UNIVERSITY MEDICAL CENTER,** | ) ) ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) ) ) |
| **LAKELAND ENGINEERING EQUIPMENT COMPANY and LAKELAND ENGINEERING EQUIPMENT COMPANY EMPLOYEE BENEFIT PLAN,** | ) ) ) ) ) |
| **Defendants.** | ) |

8:07CV113

ORDER

This matter is before the court on the plaintiff's Motion for leave to file a first amended complaint [42]. No response in opposition to the motion has been filed. Upon review of the proposed amended pleading, the court finds that the motion should be granted. Pursuant to Fed. R. Civ. P. 15(a),

**IT IS ORDERED** that plaintiff's motion [42] is granted, as follows:

   1. Plaintiff shall file and serve its First Amended Complaint no later than **January 25, 2008.**

   2. All adverse parties shall answer or respond to the First Amended Complaint within the time allowed by Fed. R. Civ. P. 15(a)(3)

   **DATED January 7, 2008.**

                                                            BY THE COURT:

                                                            s/ F. A. Gossett
                                                            **United states Magistrate Judge**