# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CREIGHTON SAINT JOSEPH REGIONAL HEALTHCARE, LLC d/b/a SAINT JOSEPH HOSPITAL – CREIGHTON UNIVERSITY MEDICAL CENTER,** )<br>)<br>)<br>)<br>)<br>**Plaintiff,** )<br>) <br>vs. )<br>)<br>**LAKELAND ENGINEERING EQUIPMENT COMPANY, LAKELAND ENGINEERING EQUIPMENT COMPANY EMPLOYEE BENEFIT PLAN, and PREFERREDONE ADMINISTRATIVE SERVICES,** )<br>)<br>)<br>)<br>)<br>**Defendants.** ) | **8:07CV113**<br><br>**ORDER** |

This matter is before the court on plaintiff's Motion (Filing 41) for attorney's fees it incurred in bringing its motions to compel discovery, Filings 23 & 25. Upon review of the defendants' response, Filing 48, the court finds that plaintiff's application should be granted as to its fees incurred before November 13, 2007.

In this regard, the court finds that plaintiff's counsel spent a reasonable amount of time (10.5 hours between 8/10/2007 and 11/6/2007) in bringing its motions to compel, and that counsel's $275/hour hourly rate reflects a fair and reasonable charge for professional legal services by lawyers regularly employed to perform like services in this district. Accordingly,

**IT IS ORDERED** that plaintiff's Motion for Attorney's Fees (Filing 41) is granted in the amount of **$2,887.50**, said amount to be paid to plaintiff's attorney on or before the close of business on **April 1, 2008**.

DATED February 28, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge