# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CREIGHTON SAINT JOSEPH REGIONAL HEALTHCARE, LLC d/b/a SAINT JOSEPH HOSPITAL - CREIGHTON UNIVERSITY MEDICAL CENTER ,** | CASE NO. 8:07CV113 |
| **Plaintiff,** | ORDER TO PLAINTIFF TO SUPPLEMENT ITS JURISDICTIONAL STATEMENT TO ENSURE DIVERSITY OF PARTIES |
| v. | |
| **LAKELAND ENGINEERING EQUIPMENT COMPANY, LAKELAND ENGINEERING EQUIPMENT COMPANY EMPLOYEE BENEFIT PLAN, and PREFERRED ONE ADMINISTRATIVE SERVICES, INC.,** | |
| **Defendants.** | |

This matter is before the Court on its own motion. A review of the file shows that the Plaintiff, Creighton Saint Joseph Regional Healthcare, LLC, d/b/a Saint Joseph Hospital - Creighton University Medical Center, is a Limited Liability Company. The Court has an obligation to ensure that subject matter jurisdiction exists. *See Sanders v. Clemco Industries*, 823 F.2d 214, 216 (8th Cir. 1987) ("The threshold requirement in every federal case is jurisdiction and we have admonished the district court to be attentive to a satisfaction of jurisdiction requirements in all cases."). It is the plaintiff's burden to plead the citizenship of the parties in attempting to invoke diversity jurisdiction. *See Walker v. Norwest Corp.*, 108 F.3d 158, 161 (8th Cir. 1997); Fed. R. Civ. P. 8(a)(1).

It is the citizenship of a Limited Liability Company's members - not the state in which the company was formed - that is relevant for purposes of establishing diversity jurisdiction. *See GMAC Commercial Credit LLC v. Dillard Dept. Stores, Inc.,* 357 F.3d 827, 828-29 (8th Cir. 2004). Thus, to establish diversity, the plaintiff must allege the citizenship of each

member of the Plaintiff, Creighton Saint Joseph Regional Healthcare, LLC, d/b/a Saint Joseph Hospital - Creighton University Medical Center, and must show that no such member is a citizen of any state of which any Defendant is a citizen. *See Capitol Indemnity Corp. v. Russellville Steel Co, Inc.*, 367 F.3d 831, 835 (8th Cir. 2004) (discussing requirement of complete diversity).

IT IS ORDERED that:

1. Plaintiff is directed to file a Supplementary Statement of Jurisdiction, on or before April 28, 2008, listing the citizenship of each member of Creighton Saint Joseph Regional Healthcare, LLC, d/b/a Saint Joseph Hospital - Creighton University Medical Center, to demonstrate complete diversity of the parties and to ensure this Court's subject matter jurisdiction.

DATED this 14th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

2