IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CREIGHTON SAINT JOSEPH REGIONAL HEALTHCARE, LLC d/b/a SAINT JOSEPH HOSPITAL- CREIGHTON UNIVERSITY MEDICAL CENTER,** | ) ) ) ) ) ) | **CASE NO. 8:07CV113** |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **ORDER GRANTING JOINT MOTION FOR STAY** |
| **LAKELAND ENGINEERING EQUIPMENT COMPANY; LAKELAND ENGINEERING EQUIPMENT COMPANY MEDICAL PLAN; PREFERREDONE ADMINISTRATIVE SERVICES, INC.,** | ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

**THIS MATTER** comes before the Court on the parties' correspondence requesting a stay pending mediation. Having reviewed the pleadings and being fully advised in the matter, the Court finds that the request should be granted.

**IT IS ORDERED:**

1. This case is stayed until **August 15, 2008** to permit the parties to participate in mediation.

2. During the period of stay, compliance with deadlines established by the progression order, responses to discovery and other proceedings shall not be required.

3. Within five days following the completion of the parties' settlement meeting, the Plaintiff's counsel shall **electronically file a status report** advising whether the case has been settled.

4. The Clerk shall bring this file to the attention of the undersigned after one hundred (100) days or when notified that the mediation has been completed, whichever occurs first, at which time the Court will establish a new progression order, if needed.

**DATED: May 27, 2008.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**