IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CREIGHTON SAINT JOSEPH REGIONAL HEALTHCARE, LLC d/b/a SAINT JOSEPH HOSPITAL – CREIGHTON UNIVERSITY MEDICAL CENTER,** | ) ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | 8:07CV113 |
| **LAKELAND ENGINEERING EQUIPMENT COMPANY, LAKELAND ENGINEERING EQUIPMENT COMPANY EMPLOYEE MEDICAL PLAN, and PREFERREDONE ADMINISTRATIVE SERVICES,** | ) ) ) ) ) ) | ORDER |
| **Defendants.** | ) | |

**IT IS ORDERED** that plaintiff's Motion [77] for leave to file a Second Amended Complaint is granted, as follows:

1.  Plaintiff shall file and serve the amended pleading on or before **June 5, 2008.** The stay entered on May 27, 2008 otherwise remains in effect.

2.  If necessary, the defendants shall respond to the Second Amended Complaint within ten (10) business days after mediation is completed.

**DATED May 28, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**