## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CREIGHTON SAINT JOSEPH REGIONAL HEALTHCARE, LLC d/b/a SAINT JOSEPH HOSPITAL- CREIGHTON UNIVERSITY MEDICAL CENTER,** | ) ) ) ) ) ) | **CASE NO. 8:07CV113** <br><br> **ORDER OF DISMISSAL** |
| **Plaintiff,** | ) ) | |
| v. | ) ) | |
| **LAKELAND ENGINEERING EQUIPMENT COMPANY; LAKELAND ENGINEERING EQUIPMENT COMPANY EMPLOYEE MEDICAL PLAN; PREFERREDONE ADMINISTRATIVE SERVICES, INC.,** | ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation for Dismissal with Prejudice (Filing No. 85) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this action are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 22nd day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge